# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00320-CV

---

**Marinda Tong, Appellant**

**v.**

**Waikei Scott Fung, Appellee**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-21-007230, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Marinda Tong filed a notice of appeal titled "Motion to Appeal Emergency Protective Order and Modify Parent-Child Relationship," seeking to appeal the denial of her applications for a protective order. She subsequently filed the same document as a "Motion for Emergency Relief." Upon initial review, the Clerk of this Court sent Tong a letter informing her that this Court appears to lack jurisdiction over the appeal because our jurisdiction is limited to appeals in which there exists a final or appealable judgment or order that has been signed by a judge, and her "Motion to Appeal" and "Motion for Emergency Relief" do not identify a final or appealable order and do not state the date of the judgment or order appealed. *See* Tex. R. App. P. 25.1(d)(2) (requiring notice of appeal to state date of judgment or order appealed from). Instead, Tong's filings refer to an "Initial Decree of Divorce" dated July 17, 2020, seek relief requested in a pending divorce petition, and state that protective-order relief

was "denied repeatedly." The Clerk requested a response on or before June 20, 2022, informing this Court of any basis that exists for jurisdiction.

Tong filed a response that is substantively the same as the "Motion to Appeal" and "Motion for Emergency Relief" and a document titled "Protective Order Appeal Affidavit" that contains additional factual information related to her application for a protective order. However, Tong's response does not identify a final or appealable order signed by the trial court or provide the date of such an order. Because Tong has not identified a signed order from which she may appeal, we lack jurisdiction over this appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: June 24, 2022